No. 669.   ALLIED MILLS, INC. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL. February 15, 1943. *Per Curiam:* The judgment is affirmed. *McGoldrick* v. *Felt & Tarrant Co.,*

309 U. S. 70; *Felt & Tarrant Co.* v. *Gallagher,* 306 U. S. 62. *Mr. Frank T. Miller* for appellant. *Mr. Joseph W. Hutchinson* for appellees.